# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. GREGORY STEPHEN, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 1:18-cr-31-LRR<br>Presiding Judge: C.J. Williams, Chief Magistrate<br>Deputy Clerk: Paul Coberly<br>Court Reporter: FTR Gold  Contract? -- |

| Date: | 5/21/2018 | Start: | 2:04 PM | Adjourn: | 2:29 PM | Courtroom: | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | Time in Chambers: | | -- | | Telephonic? | Yes |

| Appearances: | Plaintiff(s): | SAUSAs Clifford R. Cronk, III and Amy L. Jennings |
|---|---|---|
| | Defendant(s): | Mark C. Meyer and Mark R. Brown |
| | U.S. Probation: | -- |
| | Interpreter: | -- | Language: -- | Certified: -- | Phone: -- |

**TYPE OF PROCEEDING:** MOTION HEARING

Contested? No   Continued from a previous date? No

| MOTION: | 1. | Motion to Continue by Defendant | Doc. # 22 |
|---|---|---|---|
| | Ruling: | Granted | Order to follow? Yes |
| | 2. | -- | Doc. # |
| | Ruling: | | Order to follow? |

**Witness/Exhibit List is** N/A

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** Court goes through the procedural history of this case.

Court hears from Mr. Meyer, Mr. Cronk, and Mr. Brown.

Court grants the government's request for more time to respond to the pending motion to suppress. Order to follow.