# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.   18-CR-31 LRR |
| vs. | **ORDER CONTINUING TRIAL MOTIONS HEARINGS AND DEADLINES** |
| GREGORY SCOTT STEPHEN, | |
| Defendant. | |

_____

Before the Court is a Joint Motion to Continue Trial, Hearings, and Motions Deadlines, filed on May 18, 2018.   (Doc. 22).   This motion came on for hearing before the undersigned on May 21, 2018.   For good cause and the reasons stated on the record during the hearing, this motion is **granted.**

"District courts are afforded broad discretion when ruling on requests for continuances, but [c]ontinuances generally are not favored and should be granted only when the party requesting one has shown a compelling reason."   *United States v. Jirak*, 728 F.3d 806, 815 (8th Cir. 2013) (quoting *United States v. Cotroneo*, 89 F.3d 510, 514 (8th Cir. 1996)) (internal quotes omitted).   "In determining whether to grant a continuance, the trial judge must balance the asserted need for the continuance against the hardship of the resulting delay, and should also consider the complexity of the case, the diligence of the party requesting a continuance, and the conduct of the opposing party."   *United States v. Farlee*, 757 F.3d 810, 821 (8th Cir. 2014), *cert. denied*, 135 S. Ct. 504 (2014) (citing *United States v. Coronel–Quintana,* 752 F.2d 1284, 1287–88 (8th Cir. 1985)).   When balancing the foregoing factors, the court may also consider: "whether a delay will seriously disadvantage either party," potential prejudice to the

1

defendant, and how the continuance weighs against the defendant's interest in a speedy trial. *See* Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(1)-(7) (2016) (stating when a continuance is "excludable" from the time allotted for a Speedy Trial); *see also United States v. Moe*, 536 F.3d 825, 831 (8th Cir. 2008); *United States v. Roberts*, 787 F.3d 1204, 1212 (8th Cir. 2015); *United States v. Dunn*, 723 F.3d 919, 928 (8th Cir. 2013). "Because this balancing requires familiarity with the parties and particular circumstances of the case, the trial court retains broad discretion to grant a continuance." *Farlee*, 757 F.3d 810 at 821 (citing *Morris v. Slappy*, 461 U.S. 1, 11, (1983)).

In the instant case, the court finds the reasons advanced by the parties for the continuances serve the ends of justice and outweigh the interests of the public and the defendant's right to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

The trial of this cause scheduled for July 2, 2018, is hereby **continued to commence during the two-week period beginning on October 22, 2018**.[1]

The non-trial related motions deadline is continued to **September 10, 2018**. Resistances to outstanding non-trial related motions are due **September 17, 2018**. A hearing on all non-trial related motions will be held before the undersigned on **September 24, 2018, at 9:00 a.m**., United States Courthouse, Courtroom 3, 111 7th Avenue SE, Cedar Rapids, Iowa.

---

1 The time frames and plea hearing deadline requirements established in the trial management order at Doc. 7 continue to govern this case, but now with the new trial date scheduled to commence during the two-week period beginning October 22, 2018, substituted, the time frames now attach to the new trial date scheduled.

2

Telephonic status conferences will be held at **8:30 a.m.** on the following days:

**Thursday, June 28, 2018;**

**Thursday, July 26, 2018;**

**Thursday, August 23, 2018.**

The parties will access the conference by: (1) calling 888-684-8852; (2) enter access code 4670058#; (3) Press # to enter as a participant; (4) enter security code 5825#. Defendant's presence is not required at these telephonic hearings.

An in-person status conference will be held before the undersigned on **Thursday, September 27, 2018, at 12:00 p.m.**; United States Courthouse, Courtroom 3, 111 7th Avenue SE, Cedar Rapids, Iowa. Defendant's presence **is required** at this status conference.

Further, for the reasons set forth above, the time from the date of the motion to the time of trial is excluded for purposes of the Speedy Trial Act. *Id.*

**IT IS SO ORDERED** this 22nd day of May, 2018.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa

3