# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. GREGORY SCOTT STEPHEN, Defendant(s) | **HEARING MINUTES**  Sealed: No<br>Case No.: 1:18-cr-31-LRR<br>Presiding Judge: C.J. Williams, Chief Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold  Contract? -- |

| Date: | 6/28/2018 | Start: | 10:30 AM | Adjourn: | 10:54 AM | Courtroom: | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | | Telephonic? | Yes |

| Appearances: | Plaintiff(s): | AUSA Amy L. Jennings |
|---|---|---|
| | Defendant(s): | Mark C. Meyer and Mark R. Brown |
| | U.S. Probation: | -- |
| | Interpreter: -- | Language: -- Certified: -- Phone: -- |

**TYPE OF PROCEEDING:** STATUS CONFERENCE  Contested? No  Continued from a previous date? No

Motion(s): --  Ruling: --

**Matters discussed:**

Court notes that a superseding indictment was returned yesterday.

Mr. Brown has received a copy and spoke briefly with his client about it and will visit with his client tomorrow.

Mr. Meyer informs the court that it is unknown if the new charges will affect any deadlines for pre-trial motions or the current trial date. Discovery has not been provided with regards to the new charges.

Ms. Jennings states the government will have discovery ready for the defense by the deadline set forth in the discovery order.

Further discussion held regarding the progression of this case.

**Witness/Exhibit List is** N/A

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** --