IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 18-CR-31 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S |
| | ) | STATEMENT PURSUANT |
| v. | ) | TO LOCAL RULE 7 |
| | ) | |
| GREGORY SCOTT STEPHEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States Attorney, by and through its counsel, Clifford Cronk and Amy Jennings, Assistant United States Attorneys, and pursuant to Local Rule 7, advises the Court and defense counsel as to the differences between the Indictment filed April 5, 2018, and the Superseding Indictment filed June 27, 2018:

1. Count One of the Indictment became Count 7 of the Superseding Indictment.

2. The addition of Counts One thru 6 in the Superseding Indictment.

3. The addition of the notice of forfeiture in the Superseding Indictment.

                              Respectfully submitted,

                              Marc Krickbaum
                              United States Attorney

By:   */s/Amy Jennings*
       Clifford Cronk
       Amy Jennings
       Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2018, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

_____ U.S. Mail    _____ Fax    _____ Hand Delivery

\_\_X\_\_ ECF/Electronic filing    _____ Other means

UNITED STATES ATTORNEY

By:  */s/*   Amy Jenning
       AUSA