IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>GREGORY SCOTT STEPHEN,<br>Defendant. | No. 1:18-cr-31-LRR<br><br>WRITTEN WAIVER OF PERSONAL<br>APPEARANCE AT ARRAIGNMENT |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at arraignment on the charges currently pending against him in this court.

1. The defendant affirms that he has received a copy of the superseding indictment;

2. The defendant understands that he has the right to appear personally before the Court for an arraignment on these charges, and voluntarily waives that right;

3. The defendant pleads not guilty to all counts of the superseding indictment; and

4. The defendant stipulates to entry of the standard discovery order utilized in this District.

_____  6/29/18
Gregory Scott Stephen
Defendant

_____  06/28/18
Mark R. Brown and Mark C. Meyer
Counsel for Defendant

### ORDER

**IT IS ORDERED** that the defendant's waiver is hereby accepted, and his pleas of not guilty are entered of record with the Clerk of Court. All bond conditions, deadlines, hearing dates, and trial dates previously set in this case remain the same. *See* LCrR. 12(b). However, the arraignment hearing scheduled for July 5, 2018 is hereby **cancelled**.

DATED this __29th__ day of __June, 2018.__

_____
C.J. Williams, Chief Magistrate
United States District Court
Northern District of Iowa