# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. GREGORY SCOTT STEPHEN, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 1:18-cr-31-LRR<br>Presiding Judge: C.J. Williams, Chief Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold   Contract? -- |

| Date: | 7/26/2018 | Start: | 8:30 AM | Adjourn: | 8:57 AM | Courtroom: | 3 | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | Telephonic? | Yes |
| Appearances: | Plaintiff(s): | AUSA Amy L. Jennings and SAUSA Clifford R. Cronk, III | | | | | | |
| | Defendant(s): | Mark R. Brown and Mark C. Meyer | | | | | | |
| | U.S. Probation: | -- | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: -- |

**TYPE OF PROCEEDING: STATUS CONFERENCE**  Contested? No  Continued from a previous date? No

| Motion(s): | -- | Ruling: | -- |
|---|---|---|---|

**Matters discussed:**

Trial is currently scheduled for 10/222018.

Government: Discovery is on-going. FBI has not completed its forensic examination   FBI indicates that it will be at least 30 days to receive a report. Questionnaires have been prepared to interview roughly 400 people (FBI and DCI have split the list). FBI has 25 people left on their list. DCI has contacted all the people on their list. 20 or so reports are ready and the US Attorney's Office is expecting to receive those in the near future. A number of people have not called back or have expressed that they are not interested in being interviewed. All of the digital media have been produced to the defense. Government would be able to assist the defense expert.

Defense: Forensic expert has not been able to do anything since nothing has been received, so the defense expert is on hold until the government completes its examination. Defense expert has received 5TB of data. Expert is looking for guidance to expedite his analysis of the data, so he does not have to spend hours looking at material not related to the case.

**Witness/Exhibit List is** | N/A

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** --