# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. GREGORY SCOTT STEPHEN, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 1:18-cr-31-LRR<br>Presiding Judge: C.J. Williams, Chief Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold   Contract? -- |

| Date: | 8/23/2018 | Start: | 8:42 AM | Adjourn: | 9:07 AM | Courtroom: | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | | Telephonic? | Yes |
| Appearances: | Plaintiff(s): | SAUSA Clifford R. Cronk, III | | | | | | | |
| | Defendant(s): | Mark R. Brown and Mark C. Meyer | | | | | | | |
| | U.S. Probation: | -- | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

**TYPE OF PROCEEDING:** STATUS CONFERENCE   Contested? No   Continued from a previous date? No

Motion(s): --   Ruling: --

**Matters discussed:**

Trial is currently set for 10/22/2018.

Government: Has not received an update from the FBI since the last status hearing, but also has not received any material from them. Additional discovery has been provided to defense counsel. Mr. Cronk to follow-up with the FBI. Mr. Cronk believes the media files from the digital recording device that was recovered has been provided to the defense, and the defense expert should have that available. Victim interviews are very close to being over.

Defense: Mr. Meyer is not aware that his expert has started his forensic analysis, and was told that he would need 60 days after he receives the report from the FBI to do his own analysis. Mr. Brown believes their expert has done some work. Counsel to contact their expert to discuss when, where, and how he will conduct his analysis.

**Witness/Exhibit List is** N/A

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** Court will set another status conference by separate order.