IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-CR-31 LRR |
| Plaintiff, | |
| vs. | **ORDER SCHEDULING TELEPHONIC CONFERENCE** |
| GREGORY SCOTT STEPHEN, | |
| Defendant. | |

_____

A telephonic status conference in this matter will be held before the undersigned on:

**Thursday, September 6, 2018, at 9:00 a.m.**

The parties will access the conference by: (1) calling 888-684-8852; (2) enter access code 4670058#; (3) Press # to enter as a participant; (4) enter security code 5825#.

Defendant's presence is not required at this conference.

**IT IS SO ORDERED** this 24th day of August, 2018.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa