IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GREGORY STEPHEN,<br><br>        Defendant. | No. 18-CR-31 CJW<br><br>**ORDER** |

_____

Before the Court is defendant's unresisted Request to Extend the 21 Day Deadline Per U.S.S.G. 3E1.1(b) Per Signing a Plea, filed on September 28, 2018. (Doc. 51). The current deadline is October 1, 2018. Defendant is requesting an extension to October 5, 2018. The government does not resist this motion.

**IT IS ORDERED** the defendant's unresisted Request to Extend the 21 Day Deadline Per U.S.S.G. 3E1.1(b) Per Signing a Plea is **granted.** The acceptance of responsibility deadline is continued to and including October 5, 2018.

**IT IS SO ORDERED** this 28th day of September, 2018.

_____
C.J. Williams
United States District Judge
Northern District of Iowa