# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>GREG STEPHEN,<br>    Defendant. | No. CR 18-31<br><br>NOTICE OF INTENT TO PLEAD GUILTY |

COMES NOW Defendant through counsel and provides notice of his intent to enter a conditional plea of guilty to all of the counts listed in the seven-count Indictment.

Defendant will consent to having a magistrate judge preside over the hearing, assuming that the District Court Judge assigns the Magistrate to take the plea, and submit a written consent to the Clerk.

A revised plea agreement is being prepared that will be executed by Defendant and his counsel and then sent to the prosecutor for his/her signature.

Respectfully submitted,

*/s/ Mark Meyer*

MARK C. MEYER AT0005269
425 2nd Street SE, Suite 1250
Cedar Rapids, Iowa 52401
(319) 365-7529
legalmail@markcmeyer.com

CO-COUNSEL FOR DEFENDANT

1

**CERTIFICATE OF SERVICE**

A copy of this document was served by: ☐mail, ☐facsimile, ☐ hand-delivery ☐ e-mail
☒ electronic filing on this 10/9/2018 upon all counsel of record in this case.

*Mark Meyer*

2

Case 1:18-cr-00031-CJW   Document 58   Filed 10/09/18   Page 2 of 2