IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GREGORY SCOTT STEPHEN,<br><br>    Defendant. | No. 18-CR-31 CJW<br><br>**ORDER SCHEDULING<br>PLEA HEARING** |

_____

Defendant filed a notice of intent to plead guilty on October 9, 2018. (Doc. 58). A guilty plea hearing is hereby scheduled before the undersigned for **Thursday, October 18, 2018, at 2:00 p.m.;** United States Courthouse, Courtroom 3, 111 7th Avenue SE, Cedar Rapids, Iowa.

The time from the date of this Order to the date of the plea hearing is excluded from the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1). *See United States v. Mallett*, 751 F.3d 907 (8th Cir. 2014) (holding that "a party's submission—whether express or implied, formal or informal—. . . to set a change of plea hearing" suspends the speedy trial clock) (internal quotations and citations omitted).

**IT IS SO ORDERED** this 11th day of October, 2018.

_____
C.J. Williams
United States District Judge
Northern District of Iowa