# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. GREGORY SCOTT STEPHEN, Defendant(s) | **HEARING MINUTES**  Sealed: No<br>Case No.: 18-CR-31<br>Presiding Judge: C.J. Williams<br>Deputy Clerk: Patrick Thompson<br>Official Court Record: FTR Gold  Contract? No<br>Contact Information: |

| Date: | 10/18/18 | Start: | 2:18 pm | Adjourn: | 2:52 pm | Courtroom: | 3, 4th Floor Cedar Rapids | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | n/a | | Time in Chambers: | | n/a | Telephonic? | No |
| Appearances: | Plaintiff(s): | Clifford Cronk and Amy Jennings, A.U.S.A.s | | | | | | |
| | Defendant(s): | Mark Meyer and Mark Brown (Defendant personally present) | | | | | | |
| | U.S. Probation: | n/a | | | | | | |
| | Interpreter: | n/a | | Language: | | Certified: | | Phone: |

**TYPE OF PROCEEDING:** PLEA   Contested? No   Continued from a previous date? No

| | |
|---|---|
| Defendant pleaded GUILTY to count(s): | Counts 1-7 of the Superseding Indictment |
| Defendant is  x  Detained   Released   pending sentencing. | |
| **Witness/Exhibit List is** | Government Exhibit 1 (Plea Agreement) Offered and Admitted |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:**

Court places defendant under oath.

Defendant is competent and understands the charges.

Defendant knows that there is an adequate factual basis, knows the minimum and maximum penalties, and knows his rights to a jury trial and voluntarily waives those rights.

Defendant's pleas of guilty are voluntary.

Court finds that defendant should be adjudged guilty of Counts 1-7 of the Superseding Indictment based upon his pleas of guilty.

USP to prepare PSIR

Page **1** of **1**