UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>GREG STEPHENS,<br>    Defendant. | No. CR 18-31<br><br>DEFENDANT'S RESPONSE TO OFFENSE CONDUCT STATEMENT |
|---|---|

COMES NOW Defendant and submits the following response to the offense conduct statement, Document 65, filed on November 2, 2018.

Defendant's objections focus on the proposed scoring of the Sentencing Guidelines Offense Level, on page 5 of the offense conduct statement. In particular, Defendant asserts that Counts One, Two, Three, Four and Five do not have each have all of the four specific offense characteristics listed on page 5. Each count should be scored individually based on the specific offense characteristics for that count.

Defendant reserves the right to object to the scoring of Counts Six and Seven and any other legal conclusion or factual claim in the offense conduct statement.

Respectfully submitted,

*Mark Meyer*

MARK C. MEYER AT0005269
425 2nd Street SE, Suite 1250
Cedar Rapids, Iowa 52401
(319) 365-7529
legalmail@markcmeyer.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

A copy of this document was served by ☐ mail, ☐ facsimile, ☐ hand-delivery ☒ electronic filing on this 12/12/2018 upon all counsel of record in this case.

*Mark Meyer*