UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | No. CR 18-31 |
|---|---|
| Plaintiff, | |
| vs. | UNRESISTED MOTION TO EXTEND DEADLINE FOR FILING A RESPONSE TO THE DRAFT PSIR |
| GREG STEPHEN, | |
| Defendant. | |

COMES NOW Defendant, through counsel, and requests and extension of time to file his response to the draft Presentence Investigation Report (PSIR). The draft PSIR was filed on December 27, 2018, so January 10, 2019, is the current deadline for responding. Counsel requests that the deadline be extended for eleven days, to January 21, 2019.

The reasons for this request include are that there are numerous factual and legal issues that need to be addressed before the defense response to the draft PSIR can be submitted. Counsel has been working with the prosecution and the presentence investigator and Mr. Stephen on the factual issues but additional time is needed to formulate a response to all of the legal issues involved.

Counsel has conferred with opposing counsel, and there is no resistance to this request.

1

WHEREFORE counsel requests that the deadline for responding to the draft PSIR be extended to Monday, January 21, 2019.

Respectfully submitted,

*Mark Meyer*

MARK C. MEYER AT0005269
425 2nd Street SE, Suite 1250
Cedar Rapids, Iowa 52401
(319) 365-7529
legalmail@markcmeyer.com

CO-COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

A copy of this document was served by ☐ mail, ☐ facsimile, ☐ hand-delivery ☒ electronic filing on this 1/9/2019 upon all counsel of record in this case.

*Mark Meyer*