# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. GREGORY SCOTT STEPHEN, Defendant. | No. 18-CR-31 CJW<br><br>**ORDER SETTING SENTENCING HEARING AND ESTABLISHING DEADLINES** |

The sentencing hearing for the above-named defendant is scheduled for **Thursday, May 2, 2019, at 9:00 a.m.;** Courtroom 1, 111 Seventh Avenue SE, Cedar Rapids, Iowa. The parties are advised of the following requirements:

1. **Sentencing Motions and Memoranda:**

   a. Any request that I depart or vary from the advisory United States Sentencing Guidelines range, either upward or downward, must be asserted in a motion stating with particularity the basis for the requested departure or variance, and must be supported by a brief. This requirement does not apply to a motion by the government pursuant to USSG § 5K1.1 or 18 U.S.C. § 3553(e).

   b. Any motion, sentencing memorandum or brief relating to a sentencing issue, including any motion or brief filed under paragraph 1a of this order, is to be filed on or before **April 18, 2019.** Copies of any exhibits shall be filed as electronic attachments to the party's sentencing memorandum or motion pursuant to paragraph 1a of this order. If the exhibits comprise more than 20 pages, a tabbed hard copy is to be provided to the Court in a 3-ring binder.

   The parties shall disclose their witnesses to the opposing party, with a copy of the witness list emailed to the Court on or before **April 18, 2019.**

c. Any response to a sentencing motion, memorandum or brief must be filed at least seven (7) days before the sentencing hearing. If the party filing the response believes that additional witnesses or exhibits, not already disclosed pursuant to paragraph 1b of this order, are necessary to support the response, that party must disclose those witnesses and exhibits to the opposing party with a copy of the witness list emailed to the Court. Copies of the additional exhibits shall be filed as electronic attachments to the response. If the exhibits comprise more than 20 pages, a tabbed hard copy is to be provided to the Court in a 3-ring binder.

2. **Letters of Support:**

I will accept and consider letters of support only if they are electronically filed as exhibits pursuant to Public Administrative Order No. 17-AO-0005-P. I will not consider letters that are sent directly to chambers via email or otherwise.

**IT IS SO ORDERED** this 25th day of February, 2019.

_____
C.J. Williams
United States District Judge
Northern District of Iowa