IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY STEPHEN, <br><br> Defendant. | No. 18-CR-31 CJW <br><br> **ORDER SCHEDULING MOTIONS HEARING (TELEPHONIC)** |

_____

The matter before the Court is the government's Motion to Compel Discovery Forthwith, filed on April 23, 2019. (Doc. 93). A telephonic motions hearing is scheduled before the undersigned for **Wednesday, April 24, 2019, at 3:30 p.m.**

The parties will access the hearing by: (1) calling 888-684-8852; (2) enter access code 4670058#; (3) Press # to enter as a participant; (4) enter security code 5825#.

**IT IS SO ORDERED** this 24th day of April, 2019.

_____
C.J. Williams
United States District Judge
Northern District of Iowa