# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. GREGORY SCOTT STEPHEN, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 18-cr-31<br>Presiding Judge: C.J. Williams<br>Deputy Clerk: Patrick Thompson<br>Official Court Record: Sarah Dittmar  Contract? Yes<br>Contact Information: reportingwhereur@yahoo.com |

| Date: | 4/24/19 | Start: | 3:29 pm | Adjourn: | 4:03 pm | Courtroom: | 3. 4th Floor Cedar Rapids | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | Telephonic? | Yes |
| Appearances: | Plaintiff(s): | Clifford Cronk and Amy Jennings, A.U.S.A.s | | | | | | |
| | Defendant(s): | Mark Meyer and Mark Brown (defendant not present) | | | | | | |
| | U.S. Probation: | n/a | | | | | | |
| | Interpreter: | n/a | | Language: | | Certified: | | Phone: |

| TYPE OF PROCEEDING: | MOTION HEARING | | | | |
|---|---|---|---|---|---|
| | | | Contested? No | Continued from a previous date? | No |
| **MOTION:** | 1. | Government Motion to Compel Discovery | | Doc. # | 93 |
| | Ruling: | Granted | | Order to follow? | No |
| | 2. | | | Doc. # | |
| | Ruling: | | | Order to follow? | |
| | Witness/Exhibit List is | n/a | | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | | |
| | Miscellaneous: | Defense's expert must produce the raw data underlying all testing done on defendant by close of business on Friday, April 26, 2019. If the defense fails to do so, the defense expert will not be permitted to testify about the results of any testing nor to any opinion that is based on those tests.<br><br>The government shall have until Monday, April 29, 2019 to file any response to defendant's sentencing memorandum and motion for variance. The government may file their response under seal. | | | |

Page **1** of 1