# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 1:18-CR-031 |
| v. ) | |
| ) | GOVERNMENT'S MOTION FOR |
| ) | LEAVE TO FILE UNDER SEAL |
| GREGORY SCOTT STEPHEN, ) | MOTION RELATED TO VICTIM |
| ) | RELIEF |
| Defendant. ) | |
| ) | |

COMES NOW the United States of America, by and through undersigned counsel, and hereby moves for leave to file a motion related to victim relief under seal in the above-captioned case.

1. The government wishes to file a motion related to victim relief.

2. The government believes public filing of the motion could raise privacy concerns for the victims.

WHEREFORE, the Government respectfully requests leave to file a motion related to victim relief under seal.

Respectfully Submitted,

Marc Krickbaum
United States Attorney

By:   */s/ Amy Jennings*
    */s/ Clifford R. Cronk III*
    Clifford D. Cronk III
    Amy Jennings
    Assistant United States Attorneys
    U.S. Courthouse Annex, 2nd Floor
    110 E. Court Avenue
    Des Moines, Iowa 50309
    Tel: (515) 473-9300
    Fax: (515) 473-9292

               Email: cliff.cronk@usdoj.gov
                 amy.jennings2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2019, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the attorneys of record and U.S. Probation by:

\_\_\_ U.S. Mail   \_\_\_\_ Fax   \_\_\_\_\_ Hand Delivery   _X_ ECF/Electronic filing   \_\_ Email

UNITED STATES ATTORNEY

By:  _/s/ Amy Jennings/Cliff Cronk_
   Amy Jennings/ Cliff Cronk