# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 18-CR-31 CJW |
| vs. | **ORDER SCHEDULING CONFERENCE CALL** |
| GREGORY STEPHEN, | |
| Defendant. | |

_____

A conference call with the attorneys regarding scheduling matters will take place before the undersigned on **Wednesday, May 1, 2019, at 3:00 p.m.**

**IT IS SO ORDERED** this 30th day of April, 2019.

_____
C.J. Williams
United States District Judge
Northern District of Iowa