IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GREGORY SCOTT STEPHEN,<br><br>    Defendant. | No. 18-cr-31-CJW-MAR<br><br>**ORDER** |

_____

This matter comes before the Court pursuant to the government's unresisted Motion for Viewing Area for Victims and Families to Observe Sentencing Proceeding. (Doc. 119). Upon consideration, the motion is **granted**. The Court will make accommodations for the victims and families.

**IT IS SO ORDERED** this 1st day of May, 2019.

_____
C.J. Williams
United States District Judge
Northern District of Iowa