# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s)<br>vs.<br>GREGORY SCOTT STEPHEN<br>Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 18-cr-31<br>Presiding Judge: C.J. Williams<br>Deputy Clerk: Patrick Thompson<br>Official Court Record: FTR Gold  Contract?<br>Contact Information: |

| Date: | 5/1/19 | Start: | 2:56 pm | Adjourn: | 3:40 pm | Courtroom: | 3, 4th Floor Cedar Rapids | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | n/a | | Time in Chambers: | | n/a | Telephonic? | Yes |
| Appearances: | Plaintiff(s): | Clifford Cronk and Amy Jennings, A.U.S.A.s | | | | | | |
| | Defendant(s): | Mark Mayer and Mark Brown (defendant not present) | | | | | | |
| | U.S. Probation: | n/a | | | | | | |
| | Interpreter: | n/a | | Language: | | Certified: | Phone: | |

**TYPE OF PROCEEDING:** STATUS CONFERENCE | Contested? No | Continued from a previous date? No

| | |
|---|---|
| Motion(s): | Gov't Mtn to Exclude Evidence or Continue Sentencing (Doc. 121)  Ruling: Denied |
| Matters discussed: | |
| | Court will not continue the sentencing. Court will allow defendant to present evidence on the MSI II and for the government to rebut it as best it can; thereafter the Court will decide how to consider the evidence. Court discusses the logistics for getting witnesses and spectators into the courthouse and courtroom. The parties update the Court on their expected witnesses and evidence for the hearing. Court hears argument on the government's motion. Defense states that they will not be offering the disputed evidence. |
| Witness/Exhibit List is | n/a |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. |
| Miscellaneous: | |