UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | No. CR 18-31 |
| --- | --- |
| Plaintiff, | |
| vs. | NOTICE OF OBJECTIONS |
| GREG STEPHEN, | |
| Defendant. | |

COMES NOW Defendant and requests that the Court reconsider the decision to impose a 180-year sentence. Defendant also objects to the Court's *sua sponte* "fact-finding" during the sentencing hearing.

In particular, Mr. Stephen asserts, respectfully, that the Court erred by finding that a 180-year sentence is necessary to further the goals of deterrence, respect for the law, to reflect the nature of the offenses, or to take into account the history and characteristics of the defendant. Mr. Stephen asserts that none of these factors, alone or in combination, justify that sentence.

And again, in order to preserve the record for review, Mr. Stephen's respectfully asserts that the court's questioning as a "fact-finder" were such that the court became an advocate rather than impartial finder of fact. This relates to the Courts questions to Dr. Mills about how to properly diagnose Mr. Stephen's sexual disorders. The Court's decision not to accept Dr. Mills' testimony appeared

1

to be based on the Court's interpretation of how to apply the Diagnostic and Statistical Manual of Mental Disorders.

The Court also questioned DCI Agent Kedley in to attempt to develop facts that Mr. Stephen used child pornography to entice minors to send him illicit images. This was not something asserted or argued by the prosecution nor, certainly, by the defense.

Mr. Stephens, for relief, requests that the Court reopen the record or otherwise consider these objections and reconsider the sentence imposed. Counsel filed this request after taking some time to reflect on what occurred during the hearing and before, it appears, the judgment and sentencing order is issued with the hope that the Court can consider these objections before entering judgment.

Respectfully submitted,

*Mark Meyer*

MARK C. MEYER AT0005269
425 2nd Street SE, Suite 1250
Cedar Rapids, Iowa 52401
(319) 365-7529
legalmail@markcmeyer.com

CO-COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

A copy of this document was served by ☐ mail, ☐ facsimile, ☐ hand-delivery ☒ electronic filing on this 5/2/2019 upon all counsel of record in this case.

*Mark Meyer*