UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, Plaintiff, vs. GREG STEPHEN, Defendant. | No. CR 18-31 SUPPLEMENT NOTICE OF OBJECTIONS |
|---|---|

COMES NOW Defendant and supplements his request that the Court reconsider the decision to impose a 180-year sentence.

Defendant asserts that this sentence violates the Eight Amendment's protection against cruel and unusual punishment.

Respectfully submitted,

*/s/ Mark Meyer*

MARK C. MEYER AT0005269
425 2nd Street SE, Suite 1250
Cedar Rapids, Iowa 52401
(319) 365-7529
legalmail@markcmeyer.com

CO-COUNSEL FOR DEFENDANT

1

**CERTIFICATE OF SERVICE**

A copy of this document was served by ☐ mail, ☐ facsimile, ☐ hand-delivery ☒ electronic filing on this 5/2/2019 upon all counsel of record in this case.

*/s/ Mark Meyer*