IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:18-CR-00031 |
| ) | |
| vs. ) | |
| ) | |
| GREGORY SCOTT STEPHEN, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, a Superseding Indictment was filed on June 27, 2018, charging defendant with violations of 18 U.S.C. § 2251(a), Sexual Exploitation of a Child; 18 U.S.C. § 2252(a)(4)(B), Possession of Child Pornography; 18 U.S.C. § 2251(a)(1), Transportation of Child Pornography; and with a forfeiture allegation seeking the forfeiture of the following pursuant to 18 U.S.C. § 2253:

(1) one external hard drive, LaCie, Porsche Design; and

(2) one covert USB recording device, further described as an approximately 1"x1"x1" cube, black in color, with plug-in prongs and a sticker reading "32GB" on the rear face of the device, and with a USB plug-in receiver and a pinhole-size opening for a camera on the front face.

AND WHEREAS, on October 23, 2018, the Honorable Williams, Judge for the Northern District of Iowa, entered a Report and Recommendation concerning the defendant's guilty plea entered on October 18, 2018, to Counts 1 through 7 of the Superseding Indictment (Document #61);

1

AND WHEREAS, pursuant to the provision of Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure, Judge Williams found that the government had established the requisite nexus between the property subject to forfeiture, the external hard drive and USB recording device and the offenses as charged in Counts one (1) through seven ( 7) of the June 27, 2018, Superseding Indictment, Sexual Exploitation of a Child, Possession of Child Pornography, Transportation of Child Pornography, in violation of 18 U.S.C. § 2251(a); 18 U.S.C. § 2252(a)(4)(B); and 18 U.S.C. § 2252(a)(1);

AND WHEREAS, on October 23, 2018, the Court accepted Judge Williams Report and Recommendation (Document #63);

AND WHEREAS, pursuant to the October 23, 2018, acceptance of the plea of guilty, the United States moved for a Preliminary Order of Forfeiture on January 18, 2019 pursuant to Rule 32.2(b)(2)(A), seeking an order following the Court's acceptance of Judge Williams Report and Recommendation, including his finding of the requisite nexus between the external hard drive and USB recording device, and the offenses (Document #70);

AND WHEREAS, on January 22, 2019, this Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 2253, based upon the defendant's guilty plea entered on October 18, 2018, in which the Court ordered the forfeiture of any interest defendant had or has in the external hard drive and USB

recording device alleged to be subject to forfeiture under the Forfeiture Allegation of the June 27, 2018, Superseding Indictment (Document #73);

AND WHEREAS, notice of this forfeiture was posted on www.forfeiture.gov for 30 consecutive days beginning February 6, 2019, and continuing through March 7, 2019, of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property (Document #79);

AND WHEREAS, no third-party claims have been made for return of seized property against the external hard drive and USB recording device included in the Preliminary Order of Forfeiture;

AND WHEREAS, defendant Gregory Scott Stephen was sentenced on May 2, 2019, forfeiture having been orally pronounced, and said judgment having been filed on May 3, 2019; (Document #131);

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That any right, title, and interest defendant has or had in the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property seized from Gregory Scott Stephen who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

(1) one external hard drive, LaCie, Porsche Design; and

(2) one covert USB recording device, further described as an approximately 1"x1"x1" cube, black in color, with plug-in prongs and a sticker reading "32GB" on the rear face of the device, and with a USB plug-in receiver and a pinhole-size opening for a camera on the front face.

3. That the agency is hereby authorized to dispose of the assets identified in paragraph 2 above.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**IT IS SO ORDERED** this 6th day of May, 2019.

_____
C.J. Williams
United States District Judge
Northern District of Iowa