UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | No. CR 18-31 |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF WITHDRAWAL OF |
| GREG STEPHEN, | MOTION TO RECONSIDER |
| Defendant. | |

COMES NOW Defendant and provides notice that because the judgment and sentence has been filed [case document number 131], it appears that his motions to reconsider the sentence, filed prior to the Court's filing the judgment and sentencing order, are now moot. Mr. Stephens filed a motion to reconsider and two supplements on May 2 and 3, 2019 [case document number 128, 129 and 130].

Fed.R.Cr.P. 35(a) provides extremely limited authority for a judge to correct a judgment and sentence. In a civil case, a judgment may be altered for "manifest injustice." Fed.R.Civ.P. 59(e). But in a criminal case, although the Rule 35(a) refers to "other clear error," this has been interpreted as being an error of a kind denoted by the words that precede it, namely arithmetic or technical error. *See e.g. U.S. v. Houston*, 529 F.3d 743, 749 (6th Cir. 2008).

Mr. Stephen's motions to reconsider raised substantive and constitutional claims in his motions to reconsider. Accordingly, Defendant believes that the

1

filing the judgment and sentence order prevents the district court from reconsidering the substantive claims in his motions, and that those must now await consideration by the Court of Appeals once the notice of appeal is filed.

Respectfully submitted,

*/s/ Mark Meyer*

MARK C. MEYER AT0005269
425 2nd Street SE, Suite 1250
Cedar Rapids, Iowa 52401
(319) 365-7529
legalmail@markcmeyer.com

CO-COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

A copy of this document was served by ☐ mail, ☐ facsimile, ☐ hand-delivery ☒ electronic filing on this 5/7/2019 upon all counsel of record in this case.

*/s/ Mark Meyer*

2

Case 1:18-cr-00031-CJW-MAR   Document 135   Filed 05/07/19   Page 2 of 2